UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MYRTICE BROWN,

    Plaintiff,

v.

                                Case No. 11-15541

AURORA LOAN SERVICES, LLC,

    Defendant.
                                           /

**ORDER OF VOLUNTARY DISMISSAL**

Plaintiff initiated this bankruptcy appeal on December 19, 2011, and the appeal was withdrawn in the bankruptcy court on December 21, 2011. On December 29, 2011, Plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action "without a court order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Although Plaintiff's notice effectively dismissed this matter, the court here confirms that dismissal for the sake of docket clarity. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Rule 41(a)(1)(B).

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: December 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 30, 2011, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522